1

2

3

4

5

6

7

8

9 # UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| FRANK CARRILLO BONILLA, ) | 1:02-cv-06307-LJO-TAG HC |
| ) | |
| ) | ORDER ADOPTING REPORT AND |
| Petitioner, ) | RECOMMENDATION (Doc. 23) |
| ) | |
| v. ) | ORDER DENYING PETITION FOR WRIT OF |
| ) | HABEAS CORPUS (Doc. 1) |
| ) | |
| MIKE KNOWLES, et al., ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

19

On October 15, 2002, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.  (Doc. 1).

On February 12, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be DENIED on the merits.  (Doc. 23).  This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

1

1    the Magistrate Judge's Report and Recommendation is supported by the record and proper

2    analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.      The Report and Recommendation, filed February 12, 2007 (Doc. 23), is

5                    ADOPTED IN FULL;

6            2.      This petition for writ of habeas corpus (Doc. 1), is DENIED; and

7            3.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

8            This order terminates the action in its entirety.

9    IT IS SO ORDERED.

10   **Dated:    March 9, 2007**                        **/s/ Lawrence J. O'Neill**
     b9ed48                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2