# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CARRILLO BONILLA,<br><br>                Petitioner,<br><br>   v.<br><br>MIKE KNOWLES, et al.,<br><br>                Respondents. | 1:02-cv-06307-LJO-TAG HC<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE (Doc. 27) |

       On October 15, 2002, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. 1).

       On February 12, 2007, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be denied on the merits. (Doc. 23). On March 12, 2007, the United States District Judge assigned to the case adopted the Magistrate Judge's Findings and Recommendations (Doc. 25), entered judgment in favor of Respondent, and ordered that the case be closed. (Doc. 26).

       Subsequently, on March 19, 2007, Petitioner filed a motion for an extension of time to file his traverse. (Doc. 28). Because the Court had already ruled on the merits of the petition, entered judgment, and closed the case, Petitioner's motion is untimely and moot. Accordingly,

///

///

the Court HEREBY ORDERS that Petitioner's motion for an extension of time to file his traverse (Doc. 27) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **February 13, 2008**              **/s/ Theresa A. Goldner**
                                            UNITED STATES MAGISTRATE JUDGE